# Order

**Michigan Supreme Court**
**Lansing, Michigan**

November 26, 2019

Bridget M. McCormack,
Chief Justice

David F. Viviano,
Chief Justice Pro Tem

Stephen J. Markman
Brian K. Zahra
Richard H. Bernstein
Elizabeth T. Clement
Megan K. Cavanagh,
Justices

156929

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

CAROL ANN BOAK,
      Defendant-Appellant.

SC: 156929
COA: 340201
Clinton CC: 16-009711-FH

_____/

By order of July 27, 2018, the application for leave to appeal the November 9, 2017 order of the Court of Appeals was held in abeyance pending the decision in *People v Dixon-Bey* (Docket No. 156746). On order of the Court, leave to appeal having been denied in *Dixon-Bey* on July 29, 2019, 504 Mich ___ (2019), the application is again considered and, pursuant to MCR 7.305(H)(1), in lieu of granting leave to appeal, we REMAND this case to the Court of Appeals for consideration as on leave granted.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

November 26, 2019



Clerk

a1118